460 A.2d 755

**Marianne OLSON, member of the Pennsylvania Milk Marketing Board, and Jeanne Terrence, Appellants**

v.

**George R. BRUMBAUGH and Donald E. Lanius, members of the Pennsylvania Milk Marketing Board.**

Supreme Court of Pennsylvania.

Argued May 23, 1983.

Decided May 31, 1983.

Thomas B. Schmidt, III, Harrisburg, for appellants.

Andrew S. Gordon, Deputy Atty. Gen., for appellees.

Before ROBERTS, C.J., and LARSEN, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order, 71 Pa.Cmwlth. 471, 454 A.2d 1203, affirmed.

NIX and FLAHERTY, JJ., did not participate in the consideration or decision of this case.